No. 412. BEDFORD CUT STONE COMPANY ET AL., *v.* JOUR-
NEYMEN STONE CUTTERS' ASSOCIATION OF NORTH AMER-
ICA ET AL. October 18, 1926. Petition for a writ of cer-
tiorari to the Circuit Court of Appeals for the Seventh
Circuit granted. *Messrs. Daniel Davenport, Charles Mar-
tindale,* and *Walter Gordon Merritt* for petitioners.
*Messrs. Moses B. Lairy, Edward E. Gates,* and *Frederick
Van Nuys* for respondents.

No. 465. WALLACE R. FARRINGTON, GOVERNOR OF THE
TERRITORY OF HAWAII, ET AL. *v.* T. TOKUSHIGE ET AL. Oc-
tober 18, 1926. Petition for a writ of certiorari to the
Circuit Court of Appeals for the Ninth Circuit granted.
*Messrs. William B. Lymer* and *Lawrence H. Cake* for
petitioners. *Messrs. Joseph Lightfoot* and *Joseph B.
Poindexter* for respondents.

No. 482. HENRY W. McMASTER AND FRANCIS H. SKEL-
DING, AS RECEIVERS OF THE WABASH PITTSBURGH TER-
MINAL RAILWAY COMPANY, *v.* GEORGE J. GOULD ET AL.,
ETC. October 18, 1926. Petition for a writ of certiorari
to the Supreme Court of the State of New York granted.
*Messrs. Louis Marshall* and *James Marshall* for peti-
tioners. *Mr. William Wallace, Jr.,* for respondents.

No. 497. E. PAUL YASELLI *v.* GUY D. GOFF. October
18, 1926. Petition for a writ of certiorari to the Circuit
Court of Appeals for the Second Circuit granted. *Messrs.
E. Paul Yaselli, pro se,* and *Alfred Cerceo* for petitioner.
*Mr. Nathan A. Smyth* for respondent.

No. 503. E. W. BLISS COMPANY *v.* UNITED STATES.
October 18, 1926. Petition for a writ of certiorari to the
Court of Claims granted. *Messrs. Bynum E. Hinton* and

*George A. King* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway, Messrs. Perry W. Howard* and *Louis R. Mehlinger* for the United States.

---

No. 507. ARNOLD J. HELLMICH, COLLECTOR OF INTERNAL REVENUE, *v.* MISSOURI PACIFIC RAILROAD COMPANY. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Sewall Key* for petitioner. *Messrs. Edward J. White, Merritt U. Hayden,* and *James F. Green* for respondent.

---

No. 511. PUEBLO OF SANTA ROSA *v.* ALBERT B. FALL, SECRETARY, ET AL. October 25, 1926. The petition for a writ of certiorari in this case is granted and the case set for hearing on January 10 next, after the cases heretofore assigned for that day, on the issue as to the existence of authority of counsel who filed the bill to represent complainant. *Messrs. Louis Kleindeinst, W. C. Reid,* and *Levi H. David* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for respondents.

---

No. 531. CHARLES H. PHELPS, ETC., ET AL. *v.* UNITED STATES. October 25, 1926. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. L. Russell Alden, Charles S. Haight,* and *Harold S. Deming* for petitioners. *Solicitor General Mitchell* for the United States.

---

No. 539. CHESAPEAKE AND OHIO RAILWAY COMPANY *v.* K. S. LEITCH. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of